[No. 23832–9–I.   Division One.   April 16, 1990.]

ARTHUR SCHREIFELS, ET AL, *Appellants,* v. SAFECO INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 83–2–00433–3, Stanley K. Bruhn, J., entered

February 21, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Forrest, J.